UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| IN RE:<br><br>Ninette Oneida Dean<br><br>        DEBTOR(S) | Case No.: 25-11278<br>Chapter 13 |
|---|---|
| Navy Federal Credit Union<br>        MOVANT<br>        vs.<br>Ninette Oneida Dean<br>        RESPONDENT(S) | |

## MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2624 STANFORD PLACE, WALDORF, MD 20601

Navy Federal Credit Union (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2624 STANFORD PLACE, WALDORF, MD 20601, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:

### ONE

That the above-named DEBTOR(S) initiated proceedings in this Court seeking relief under Chapter 13 of 11 U.S.C. (herinafter "RESPONDENT(S)").

### TWO

That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property known as 2624 Stanford Place, Waldorf, MD 20601 (the "property") (see attached Exhibit "A"), presently owned by one or more of the respondents, in the approximate principal amount of $328,725.30, plus interest, and other costs.  Said Instrument is recorded among the Land Records of Charles County, Maryland.

### THREE

That the RESPONDENT(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of THREE (3) payment(s) for the period of March, 2025, through May, 2025, in the amount of $8,505.18, plus any additional payments and thereon that may fall due thereafter, plus attorney's fees and costs.

### FOUR

That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS, MARYLAND, 21090

410-296-2550

File #: 462695

<u>FIVE</u>

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A.  That the Court enter an Order lifting the Stay of S. 362 to enable Navy Federal Credit Union, or its successors and assigns, to enforce its rights under its Deed of Trust, which would enable it to foreclose on the property.

B.  That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcy@cgd-law.com,
rrogers@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 462695